IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DONNA CRESSELL                                                                                    PLAINTIFF

vs.                                           Civil No. 4:18-cv-04164

COMMISSIONER, SOCIAL                                                                     DEFENDANT
SECURITY ADMINISTRATON

## JUDGMENT

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 20th day of November 2019.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE